In the Matter of the Arbitration between R. B. GANTT, Doing Business under the Name of SOUTHLAND SUPPLY COMPANY, Petitioner, Appellant, and FELIPE Y. CARLOS HURTADO & CIA., LTDA., Respondent.

Argued November 17, 1947; decided January 8, 1948.

*Edward Jerome* and *Horace A. Teass* for appellant.
*Walter M. Hinkle* and *Robert G. Lind* for respondent.

Appeal dismissed, with costs, on the ground that the order sought to be appealed from does not finally determine a special proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.